Label Matrix for local noticing
0540-1
Case 23-10274
Eastern District of Texas
Beaumont
Fri Oct 20 13:05:25 CDT 2023

Avant
POB 1429
Carol Stream, IL 60132-1429

Robert W. Barron
Barron & Carter, LLP
P.O. Box 1347
Nederland, TX 77627-1347

(p)BARRON & CARTER LLP
PO BOX 1347
NEDERLAND TX 77627-1347

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Capital One
POB 60519
City of Industry, CA 91716-0519

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Christus
POB 848061
Dallas, TX 75284-8061

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Comenity
P.O. Box 183003
Columbus, OH 43218-3003

Comenity
POB 650964
Dallas, TX 75265-0964

Credit One
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

EMBCC Patient Services
POB 650763
Dallas, TX 75265-0763

FivePoint Credit Union*
P.O. Box 1366
Nederland, TX 77627-1366

Genesis Credit
POB 84049
Columbus, GA 31908-4049

Greensky
POB 2730
Alpharetta, GA 30023-2730

(p)GREENSKY LLC
5565 GLENRIDGE CON
7TH FLOOR
ATLANTA GA 30342-4796

H&R Accounts
5320 22nd Ave.
POB 672
Moline, IL 61266-0672

Heights
POB 676778
Dallas, TX 75267-6778

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Lloyd Kraus
Plaza Tower
110 N. College Ave., 12th Floor
Tyler, TX 75702-7226

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
POB 660702
Dallas, TX 75266-0702

Methodist Houston
POB 1259 Dept 158473
Oaks, PA 19456-1259

Neches Federal Credit Union*
1955 Dowlen Rd.
Beaumont, TX 77706-3330

PayPal
c/o SYNCB
POB 71707
Philadelphia, PA 19176-1707

Gregory D. Philen
612 S 16th St.
Nederland, TX 77627-5213

Melissa A. Philen
612 S 16th St.
Nederland, TX 77627-5213

Justice Pierce
Codilis & Moody PC
400 N Sam Houston Parkway East Suite 900
Houston, TX 77060-3531

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA  98083-0788

Quest Diagnostics
PO Box 740779
Port Arthur, TX 77640

RADIOLOGY ASSOCIATES LLP
c/o Wakefield & Associates, LLC
PO Box 51272
Knoxville, TN 37950-1272

Sun West Mortgage Company, Inc
c/o Codilis & Moody, P.C.
20405 State Highway 249, Ste. 170
Houston, TX 77070-2620

Sun West Mortgage Company, Inc.
c/o Codilis, Moody & Circelli, P.C.
20405 State Highway 249, Suite 170
Houston, TX 77070-2620

(p)SUN WEST MORTGAGE COMPANY INC
18000 STUDEBAKER ROAD
SUITE 200
CERRITOS CA 90703-2680

Sunwest Mortgage
P.O. Box 6007
Artesia, CA 90702-6007

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

TLRA
2900 North Loop West Suite 1300
Houston, TX 77092-8815

Texas Childrens Hospital
POB 4494
Houston, TX 77210-4494

The Medical Center
P.O. Box 27434
Salt Lake City, UT 84127-0434

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-2322

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

(p)UNITED STATES ATTORNEY'S OFFICE
Attn: Michael W. Lockhart
500 Fannin St, Suite 1250
Beaumont, TX 77701-3101

Valero
P.O. Box 300
Amarillo, TX 79105-0300

Wakefield
1105 Schrock Rd Ste 700
Columbus, OH 43229-1168

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Barron & Carter LLP
P.O. BOX 1347
NEDERLAND, TX 77627

Best Buy
P.O. Box 78009
Phoenix, AZ 85062

Chase
Card Member Services
PO Box 6294
Carol Stream, IL 60197

(d)Chase
POB 15123
Wilmington, DE 19850

Greensky,LLC
3155 Royal Drive Suite 175
Alpharetta, GA 30022

Legacy
POB 2496
Omaha, NE 68103

Sun West Mortgage Company, Inc.
18303 Gridley Road
Cerritos, CA 90703

UPgrade
2 N Central Ave FL 10
Phoenix, AZ 85004

United States Attorney's Office
Attn: Michael W. Lockhart
500 Fannin St., Ste 1250
Beaumont, TX 77701

End of Label Matrix
Mailable recipients    52
Bypassed recipients     0
Total                  52